# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEKESHA ROBERTSON, individually and as Successor in Interest to NICHOLAS ROBERTSON, deceased; N.Z.R., a minor, individually, by and through her Guardian Ad Litem, PRECIOUS BRADFORD; N.P.R., a minor, individually, by and through her Guardian Ad Litem, PRECIOUS BRADFORD; N.D.R., a minor, individually, by and through his Guardian Ad Litem, PRECIOUS BRADFORD; CHARLES ROBERTSON, individually, and ANTHONETT ROBERTSON, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | CASE NO.: 2:16-CV-02761 MJP (SKx) <br><br> **JUDGMENT** |

This action came on regularly for trial on November 28, 2017, in Courtroom 5B of the United States District Court, Central District of California, Western Division, the Honorable Marsha J. Pechman, presiding. Plaintiffs Nekesha Robertson, Anthonett Robertson, Charles Robertson, N.Z.R., N.P.R., and N.D.R. were represented by Brian T. Dunn and Megan R. Gyongyos of The Cochran Firm California. Plaintiffs N.Z.R., N.P.R., and N.D.R. are minors and their interests in this action were represented by their Guardian Ad Litem, Precious Bradford. Defendants County of Los Angeles, Deputy Richard Ochoa-Garcia, and Deputy Jasen Tapia were represented by Antonio K. Kizzie and Rickey Ivie of Ivie, McNeill & Wyatt.

A jury of eight persons was regularly empaneled and sworn. During the course of the trial, two of the eight jurors were excused by the Court. Witnesses were sworn and testified. After hearing the evidence, the jury was duly instructed by the Court and the Cause was submitted to the jury. The jury deliberated and thereafter returned into Court with a special verdict as follows:

WE, THE JURY, in the above-entitled action now reach our unanimous verdict on the following questions submitted to us:

**Claim One – Excessive Force**

**Question 1:**

Have the plaintiffs proven by a preponderance of the evidence that any of the following defendants violated Nicholas Robertson's constitutional rights by using excessive force?

Deputy Richard Ochoa-Garcia   YES         NO  X

Deputy Jasen Tapia                   YES         NO  X

*If you answered "Yes" to this question as to any of the defendants, proceed to Question No. 2. If you answered "No" to this question as to all of the defendants, proceed to Question No. 6.*

**Question 2:**

What is the total amount of damages to Nicholas Robertson that you find the plaintiffs have proven by a preponderance of the evidence?

$_____

*Proceed to Question 3.*

### Claim Two – Deprivation of Familial Association

**Question 3:**

Have the plaintiffs proven by a preponderance of the evidence that any of the following defendants deprived any of the Plaintiffs of their familial association with Nicholas Robertson?

Deputy Richard Ochoa-Garcia    YES          NO

Deputy Jasen Tapia                YES          NO

*If you answered "Yes" to this question as to any of the defendants, proceed to Question No. 4. If you answered "No" to this question as to all of the defendants, proceed to Question No. 5.*

**Question 4:**

Have the plaintiffs proven by a preponderance of the evidence that any of the following individuals were deprived of their familial association with Nicholas Robertson by any of the defendants?

| | | |
|---|---|---|
| Anthonette Robertson | YES | NO |
| Charles Robertson | YES | NO |
| Nekesha Robertson | YES | NO |
| N.Z.R. | YES | NO |
| N.P.R. | YES | NO |
| N.D.R. | YES | NO |

*Proceed to Question 5.*

## Claim Three – Wrongful Death Based on Battery

**Question 5:**

Have the plaintiffs proven by a preponderance of the evidence that any of the following defendants harmed Nicholas Robertson by using unreasonable force against him?

| | | |
|---|---|---|
| Deputy Richard Ochoa-Garcia | YES | NO |
| Deputy Jasen Tapia | YES | NO |

*Proceed to Question 6.*

## Claim Four – Wrongful Death Based on Negligence

**Question 6:**

Have the plaintiffs proven by a preponderance of the evidence that any of the following defendants acted negligently?

Deputy Richard Ochoa-Garcia    YES  X        NO

Deputy Jasen Tapia             YES  X        NO

*If you answered "Yes" to this question as to any of the defendants, proceed to Question No. 7. If you answered "No" to this question as to all of the defendants, proceed to Question No. 8.*

**Question No. 7:**

In determining whether Nicholas Robertson was contributorily negligent and using 100% as the total, what percentage of responsibility for Nicholas Robertson's death do you assign to the following persons:

Nicholas Robertson             33.33%
Deputy Richard Ochoa-Garcia    33.33%
Deputy Jasen Tapia             33.33%

*Please proceed to Question No. 8.*

### Damages for Claims Two, Three, and Four

**Question 8:**

If you answered "Yes" in response to Question No. 4 as to Nekesha Robertson, N.Z.R., N.P.R., and/or N.D.R., Question No. 5, and/or Question No. 6, what is the total amount of non-economic damages proven by a preponderance of the evidence?

| | |
|---|---|
| Nekesha Robertson | $0 |
| N.Z.R. | $1,200,000.00 (one million two hundred thousand) |
| N.P.R. | $1,200,000.00 (one million two hundred thousand) |
| N.D.R. | $1,200,000.00 (one million two hundred thousand) |

DATED: January 10, 2018.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge