Case 2:16-cv-02761-MJP-SK   Document 177   Filed 03/01/18   Page 1 of 2   Page ID #:2740

FILED
CLERK, U.S. DISTRICT COURT

MARCH 1, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_RF\_\_\_\_\_ DEPUTY

**RICKEY IVIE (S.B.N.: 76864)**
*rivie@imwlaw.com*
**ANTONIO KIZZIE (S.B.N.: 279719)**
*akizzie@imwlaw.com*
**TIFFANY N. ROLLINS, ESQ. (S.B.N.: 291793)**
*trollins@imwlaw.com*
**IVIE, McNEILL & WYATT**
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Tel.   (213) 489-0028
Fax   (213) 489-0552

Attorneys for Defendants, COUNTY OF LOS ANGELES et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEKESHA ROBERTSON, individually and as Successor in Interest to NICHOLAS ROBERTSON, et.al.<br><br>*Plaintiffs,*<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity, and DOES 1 through 10, inclusive<br>*Defendants.* | CASE NO.: 16-CV-02761 MJP (SKx)<br><br>**AMENDED JUDGMENT** |

This action came on regularly for trial on November 28, 2017, in Courtroom 7C of the United States District Court for the Central District of California, the Honorable Marsha J. Pechman, presiding, the plaintiffs appearing by and through their attorneys of record, Brian T. Dunn and Megan R. Gyongyos, of The Cochran Firm California, and the defendants appearing by and through their attorneys of record, Antonio K. Kizzie and Rickey Ivie, of Ivie, McNeill & Wyatt, APLC.

The jury returned a special verdict in favor of the plaintiffs on December 4, 2017, finding that the defendants were negligent.

The jury awarded the plaintiffs N.Z.R., N.D.R. and N.P.R. $3,600,000.00 in compensatory damages, reduced to $2,400,000 due to a finding of comparative negligence.

On February 27, 2018, the parties filed a stipulation requesting a complete resolution of the total amount of the judgment and award of costs, in the form of a judgment for plaintiffs N.Z.R., N.D.R. and N.P.R., only, and against the County of Los Angeles, only, in the total amount of $2,100,000.00, inclusive of all damages and costs.

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS ORDERED ADJUDGED AND DECREED that plaintiffs N.Z.R., N.D.R. and N.P.R., shall have and recover from the COUNTY OF LOS ANGELES the total sum of $2,100,000.00 (two million one hundred thousand dollars and zero cents), said amount to be inclusive of all damages and costs.

**IT IS SO ORDERED.**

DATED: __March 1, 2018__

Marsha J. Pechman
United States District Judge