FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 29 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| NEKESHA ROBERTSON, individually and as Successor in Interest to Nicholas Robertson, deceased; et al., | No. 18-55154 |
|---|---|
| Plaintiffs-Appellees, | D.C. No. 2:16-cv-02761-MJP-SK Central District of California, Los Angeles |
| v. | |
| COUNTY OF LOS ANGELES, a municipal entity; et al., | ORDER |
| Defendants-Appellants. | |

Appellants' Notice of Withdrawal of Appeal is construed as a motion to voluntarily dismiss this appeal, and so construed, the motion is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation